IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| VERONIQUE ELIASON<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNOR SPENCER J. COX; and THE STATE OF UTAH,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS ACTION**<br><br>Case No. 1:24-cv-00148<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

    Proceeding without an attorney, Plaintiff Veronique Eliason filed this action against Utah Governor Spencer J. Cox and the State of Utah bringing claims of civil conspiracy, theft, breach of fiduciary duty, intentional and/or negligent infliction of emotional distress, and vicarious liability. (ECF No. 1.) Mrs. Eliason's complaint alleges Governor Cox and the State of Utah conspired with "dozens of judges" to permit Kirton McConkie and other individuals to "wrongfully gain control of the assets of Joyce Eliason and Max Eliason, her husband's late parents. (Id.) On October 1, 2024, Magistrate Judge Daphne A. Oberg issued an Order to Show Cause, requiring Mrs. Eliason address why her case should not be dismissed for lack of standing. (ECF No. 12.) Mrs. Eliason was required to respond to the Order to Show Cause by October 15, 2024. (Id.)

1

The Order to Show Cause deadline has now passed, and Mrs. Eliason has failed to address this integral issue—indeed, Mrs. Eliason's filings since October 1, 2024 further affirm her lack of standing by demonstrating that she is attempting to bring this case on behalf of her husband, Max Eliason. (ECF No. 16 at 1 ("Plaintiff Veronique Eliason acting only as the Agent and Trustee on behalf of Max D Eliason as a protected person under the laws of the State of Utah, hereby files this motion as part of this ongoing mockery of justice wherein felons are remaining free to victimize innocent citizens of both the State, and as members of the LDS faith").)

On October 16, 2024, Judge Oberg issued her Report and Recommendation, recommending that Mrs. Eliason's case be dismissed without prejudice (ECF No. 31). The parties were given fourteen days to file objections to the Report and Recommendation and were cautioned that failure to file an objection could constitute waiver thereof upon subsequent review. No objections were received. Instead, Mrs. Eliason filed seven motions, including motions to recuse Judge Parrish and Magistrate Judge Oberg and to add them both as defendants. (See ECF Nos. 33–34.) On November 5, 2024, Judge Parrish recused, and the case was reassigned for all further proceedings. (ECF No. 40.)

The court has carefully reviewed the Report and Recommendation and the relevant materials in the file and finds the recommendation correct in all respects. Accordingly, the Report and Recommendation (Docket No. 31) is ADOPTED as the order of the court. The case is DISMISSED without prejudice.

SO ORDERED DATED this 6th day of November, 2024.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge