AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

VERONIQUE ELIASON

        Plaintiff,

   v.

GOVERNOR SPENCER J. COX; and THE STATE OF UTAH,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:24-cv-00148

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice.

November 18, 2024
Date

BY THE COURT:

Tena Campbell
United States District Court Judge